## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1
### Eastern Division

Charles Johnson
                               Plaintiff,

v.                                                 Case No.: 1:16–cv–07032
                                                       Honorable Elaine E. Bucklo

Comenity, LLC
                               Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, September 28, 2016:

      MINUTE entry before the Honorable Elaine E. Bucklo: Scheduling conference held on 9/28/2016. Parties report settlement has been reached. Status hearing set for 11/22/2016 at 9:00 AM for finalization of settlement. Parties to advise the Court if the matter is resolved prior to the next court date. Mailed notice (jdh)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.