## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| CHARLES JOHNSON, ) | |
| ) | Case No. 1:16-cv-07032 |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| COMENITY LLC, ) | |
| ) | |
| Defendant. ) | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff, CHARLES JOHNSON, and Defendant, COMENITY LLC, by and through their respective attorneys, hereby stipulate to the dismissal of the within complaint with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), all matters in controversy having been resolved to the mutual satisfaction of the parties. Each party shall bear its own costs and attorneys' fees.

| | |
|---|---|
| By: /s/ David B. Levin<br>Attorney for Plaintiff<br>Law Offices of Todd M. Friedman P.C.<br>111 West Jackson, Suite 1700<br>Chicago, IL 60604<br>Phone: (312) 212-4355<br>Fax: (866) 633-0228<br>dlevin@toddflaw.com | By: /s/ David J. Kaminski<br>Attorney for Defendant<br>Carlson & Messer LLC<br>5959 W. Century Blvd., Suite 1214<br>Los Angeles, CA<br>Phone: (310) 242-220<br>Fax: (310) 242-2222<br>kaminskid@cmtlaw.com |

## CERTIFICATE OF SERVICE

I hereby certify that on November 3, 2016, a copy of the foregoing Stipulation of Dismissal With Prejudice, was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.

/s/ David B. Levin
Attorney for Plaintiff